JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILO MARTINEZ MARIN,<br><br>               Petitioner,<br><br>v.<br><br>WARDEN FRANCISCO J. QUINTANA,<br><br>               Respondent. | Case No. 2:23-cv-08424-JFW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Respondent's Unopposed Motion to Dismiss Petition, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: March 6, 2024

_____
JOHN F. WALTER
United States District Judge